McNeal et al

v.

Watson

Case No. { 3:21-CV-00139-NJR

## Motion to Remove

Now come Plaintiff Christopher McNeal Sr. praying this Honorable Court hear his motion,

Plaintiff Steven Marshall desire to be removed from this case for he has another case pending and desire to have his focus primarily on that case. Thank you for removing him at this time!

Plaintiff McNeal pray this Honorable Court approve his motion!

Steven Marshall (signature)
Steven Marshall

Christopher McNeal Sr. (signature)
Christopher McNeal Sr.
Date: 2-16-21



Christopher McNeal Sr, -466406
700 North 5th Street
Belleville, Il. 62220
SAINT LOUIS MO 630
25 FEB 2021 PM 9 L
PURPLE HEART
FOREVER USA
PURPLE HEART
FOREVER USA
US MARSHALS
U.S. District Court Clerk
750 Missouri Ave
East St. Louis, Il. 62201
Legal Mail
62201-295423



RECEIVED
MAR - 1
CLERK, U.S. DISTRICT